[No. 29510-1-I.   Division One.   March 15, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MONICA
DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-03784-8, Nancy A. Holman, J., entered
November 13, 1991. *Affirmed* by unpublished per curiam
opinion.

[No. 29413-0-I.   Division One.   March 15, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. GUY
AARON PELKEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-04221-3, Warren Chan, J., entered October
7, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 28222-1-I.   Division One.   March 15, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MAHLON
HONSINGER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-04047-2, J. Kathleen Learned, J., entered
March 28, 1991. *Remanded* by unpublished per curiam opin-
ion.

[No. 27222-5-I.   Division One.   March 15, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL
H. FURMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-01857-8, Robert E. Dixon, J., entered Octo-
ber 4, 1990. *Affirmed in part* and *remanded* per Agid, J.,
concurred in by Scholfield and Baker, JJ.